IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DAVIS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:15-CV-365-A |
| CABELA'S WHOLESALE, INC., | § § | |
| Defendant. | § § | |

### FINAL JUDGMENT

In accordance with the court's order of even date herewith,

The court ORDERS, ADJUDGES and DECREES that the claims of plaintiff, Christopher Davis, against defendant, Cabela's Wholesale, Inc., in this action be, and are hereby, dismissed. The court FURTHER ORDERS, ADJUDGES and DECREES that defendant have and recover its court costs from plaintiff.

SIGNED May 28, 2015.

_____
JOHN McBRYDE
United States District Judge